UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL MAROM,

                Plaintiff,

-against-

TOWN OF GREENBURGH, et al.,

                Defendants.

**ORDER**

20-CV-03486 (PMH)

PHILIP M. HALPERN, United States District Judge:

    During the Initial Pretrial Conference held today, Plaintiff advised that Defendant Audrey Pierot was not intended to be named as a Defendant in this action. Based upon Plaintiff's representations on the record, the Clerk of the Court is respectfully directed to dismiss Defendant Pierot from this action.

                **SO ORDERED:**

Dated:  White Plains, New York
          April 7, 2021

                PHILIP M. HALPERN
                United States District Judge