**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

MICHAEL MAROM,

                                    Plaintiff,                    20 **CIVIL** 3486 (PMH)

        -against-                                                **JUDGMENT**

TOWN OF GREENBURGH and DETECTIVE
 EDGAR DEMELO,

                                    Defendants.
-----------------------------------------------------------X


        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Memorandum Opinion and Order dated December 12, 2022, Plaintiff's

motion to add a party is DENIED, Plaintiff's motion for summary judgment is DENIED, and

Defendants' motion for summary judgment is GRANTED; accordingly, the case is closed.


**Dated:**  New York, New York
          December 13, 2022



                                                **RUBY J. KRAJICK**

                                        _____
                                                **Clerk of Court**

                                BY:
                                        _____
                                                **Deputy Clerk**